**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00124-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JESUS MOLINA,

      Defendant.

_____

**ORDER**
_____

      PURSUANT to and in accordance with Order entered by the Honorable Christine

M. Arguello on September 4, 2013, it is

      ORDERED that Defendant Jesus Molina, is sentenced to TIME SERVED.

      DATED: September 4, 2013

                      BY THE COURT:

                      _____
                      Christine M. Arguello
                      United States District Judge